| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Dana M. Douglas (SBN 220053)**<br>**Attorney at Law**<br>**11024 Balboa Blvd., No. 431**<br>**Granada Hills, CA 91344**<br>**MAILING ADDRESS:**<br>**4712 Admiralty Way #1001**<br>**Marina del Rey, CA  90292**<br>**Tel:  818-360-8295**<br>**Fax:  213-270-9456**<br>**dana@danamdouglaslaw.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** |
| In re:<br><br>**Hannah Kim**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:17-bk-11664-TA**<br>CHAPTER: **13**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

| Date: | **May 10, 2017** | **Hannah Kim** | **/s/ Hannah Kim** |
|---|---|---|---|
| | | Printed name of Debtor 1 | Signature of Debtor 1 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 1002-1.EMP.INCOME.DEC**

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
Id No. 03
For Period 02/05/17 to 02/11/17
Date 02/11/17
Check No. 1396

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 2880.00 | Federal W/H | 17.03 | 102.38 |
| Overtime | 18.00 | 5.00 | 90.00 | 540.00 | Social Security | 35.34 | 212.04 |
|  |  |  |  |  | Medicare | 8.27 | 49.62 |
|  |  |  |  |  | State Other | 5.13 | 30.78 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 24.00 |  |  |  |  |  |
| Totals |  | 45.00 | 570.00 | 3420.00 | Totals | 65.77 | 394.82 |
|  |  |  |  |  | Net | 504.23 | 3025.18 |

Social Security

---

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
Id No. 03
For Period 02/12/17 to 02/18/17
Date 02/18/17
Check No. 1402

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 3360.00 | Federal W/H | 17.03 | 119.41 |
| Overtime | 18.00 | 5.00 | 90.00 | 630.00 | Social Security | 35.34 | 247.38 |
|  |  |  |  |  | Medicare | 8.27 | 57.89 |
|  |  |  |  |  | State Other | 5.13 | 35.91 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 24.00 |  |  |  |  |  |
| Totals |  | 45.00 | 570.00 | 3990.00 | Totals | 65.77 | 460.59 |
|  |  |  |  |  | Net | 504.23 | 3529.41 |

Social Security

---

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
Id No. 03
For Period 02/19/17 to 02/25/17
Date 02/25/17
Check No. 1409

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 3840.00 | Federal W/H | 17.03 | 136.44 |
| Overtime | 18.00 | 5.00 | 90.00 | 720.00 | Social Security | 35.34 | 282.72 |
|  |  |  |  |  | Medicare | 8.27 | 66.16 |
|  |  |  |  |  | State Other | 5.13 | 41.04 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 24.00 |  |  |  |  |  |
| Totals |  | 45.00 | 570.00 | 4560.00 | Totals | 65.77 | 526.36 |
|  |  |  |  |  | Net | 504.23 | 4033.64 |

Social Security

**ARU NURI, INC.**  

5938 WARNER AVE  
HUNTINGTON BEACH CA 926

Employee Name  HANNAH KIM    Id No. 03  
For Period  02/26/17  to  03/04/17    Date  03/04/17    Check No.  1415

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 4320.00 | Federal W/H | 8.03 | 144.47 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 312.48 |
| | | | | | Medicare | 6.96 | 73.12 |
| | | | | | State Other | 4.32 | 45.36 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 24.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 5040.00 | Totals | 49.07 | 575.43 |
| Social Security | | | | | Net | 430.93 | 4464.57 |

---

**ARU NURI, INC.**  

5938 WARNER AVE  
HUNTINGTON BEACH CA 92649

Employee Name  HANNAH KIM    Id No. 03  
For Period  03/05/17  to  03/11/17    Date  03/11/17    Check No.  1424

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 4800.00 | Federal W/H | 8.03 | 152.50 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 342.24 |
| | | | | | Medicare | 6.96 | 80.08 |
| | | | | | State Other | 4.32 | 49.68 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 24.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 5520.00 | Totals | 49.07 | 624.50 |
| Social Security | | | | | Net | 430.93 | 4895.50 |

---

**ARU NURI, INC.**  

5938 WARNER AVE  
HUNTINGTON BEACH CA 92649

Employee Name  HANNAH KIM    Id No. 03  
For Period  03/12/17  to  03/18/17    Date  03/18/17    Check No.  1432

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 5280.00 | Federal W/H | 8.03 | 160.53 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 372.00 |
| | | | | | Medicare | 6.96 | 87.04 |
| | | | | | State Other | 4.32 | 54.00 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 24.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 6000.00 | Totals | 49.07 | 673.57 |
| Social Security | | | | | Net | 430.93 | 5326.43 |

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
For Period 03/19/17 to 03/25/17
Id No. 03
Date 03/25/17
Check No. 1438

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 5760.00 | Federal W/H | 8.03 | 168.56 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 401.76 |
| | | | | | Medicare | 6.96 | 94.00 |
| | | | | | State Other | 4.32 | 58.32 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 48.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 6480.00 | Totals | 49.07 | 722.64 |
| Social Security | | | | | Net | 430.93 | 5757.36 |

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
For Period 03/26/17 to 04/01/17
Id No. 03
Date 04/01/17
Check No. 1445

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 6240.00 | Federal W/H | 8.03 | 176.59 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 431.52 |
| | | | | | Medicare | 6.96 | 100.96 |
| | | | | | State Other | 4.32 | 62.64 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 48.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 6960.00 | Totals | 49.07 | 771.71 |
| Social Security | | | | | Net | 430.93 | 6188.29 |

## ARU NURI, INC.

5938 WARNER AVE
HUNTINGTON BEACH CA 92649

Employee Name HANNAH KIM
For Period 04/09/17 to 04/15/17
Id No. 03
Date 04/15/17
Check No. 1460

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 7080.00 | Federal W/H | 8.03 | 184.62 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 483.60 |
| | | | | | Medicare | 6.96 | 113.14 |
| | | | | | State Other | 4.32 | 70.20 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 48.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 7800.00 | Totals | 49.07 | 851.56 |
| Social Security | | | | | Net | 430.93 | 6948.44 |

NURI INC.    5938 WARNER AVE
HUNTINGTON BEACH CA 92649

HANNAH KIM    Id No. 03
04/22/17    Date 04/22/17    Check No. 1469

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 40.00 | 480.00 | 7560.00 | Federal W/H | 8.03 | 192.65 |
| Overtime | | | | 720.00 | Social Security | 29.76 | 513.36 |
| | | | | | Medicare | 6.96 | 120.10 |
| | | | | | State Other | 4.32 | 74.52 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 48.00 | | | | | | |
| Totals | | 40.00 | 480.00 | 8280.00 | Totals | 49.07 | 900.63 |
| Social Security | | | | | Net | 430.93 | 7379.37 |