United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 17-11664-TA
Hannah Kim                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: amccallC          Page 1 of 1          Date Rcvd: Jun 06, 2017
                             Form ID: pdf002         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
db            +Hannah Kim,    4371 Pioneer St.,    Irvine, CA 92604-2700
cr            +Seterus, Inc. as the authorized subservicer for Fe,    Wright, Finlay & Zak, LLP,
               c/o Nichole L. Glowin,    4665 MacArthur Court, Suite 280,    Newport Beach, CA 92660-1811
37765551      +American Express,    Customer Relations 02-04-40,    4315 S. 2700 W,
               Salt Lake City, UT 84184-0001
37765552      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998)
37765554       CA Franchise Tax Board,    ATTN: Bankruptcy Dept.,    MS: A-340,    Sacramento, CA  95812-2952
37765555      +Capital One,    ATTN: General Corresp.,    PO Box 30285,    Salt Lake City, UT 84130-0285
37765557      +Citi/Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
37765556       Citi/Costco,    PO Box 790046,    St. Louis, MO  63179-0046
37765550      +Dana M Douglas,    Attorney at Law,    4712 Admiralty Way #1001,    Marina del Rey, CA 90292-6905
37765558      +G.F. Korea, Inc.,    c/o Charles L. Murray III,    444 S. Flower S Ste 2530,
               Los Angeles, CA 90071-2901
37765559      +Hyundai Capital America,    4000 MacArthur Blvd.,    Newport Beach, CA 92660-2558
37765561      +Ji Young Kim,    c/o Charles L. Murray III,    444 S. Flower S., Ste. 2530,
               Los Angeles, CA 90071-2901
37765562       Seterus Inc.,    PO Box 1077,    Hartford, CT  06143-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: itcdbg@edd.ca.gov Jun 07 2017 02:16:04     Employment Development Dept.,
               Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            E-mail/Text: BKBNCNotices@ftb.ca.gov Jun 07 2017 02:17:22     Franchise Tax Board,
               Bankruptcy Section MS: A-340,    PO Box 2952,    Sacramento, CA  95812-2952
37808127      +E-mail/Text: defaultspecialty.us@bbva.com Jun 07 2017 02:16:15     BBVA Compass,    PO Box 10566,
               Birmingham, AL 35296-0001
37765553      +E-mail/Text: defaultspecialty.us@bbva.com Jun 07 2017 02:16:15     BBVA Compass Bank,
               15 20th St. S., 9th Flr.,    Birmingham, AL 35233-2000
37765560      +E-mail/Text: cio.bncmail@irs.gov Jun 07 2017 02:15:53     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                          TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
37765549*     +Hannah Kim,    4371 Pioneer St.,    Irvine, CA 92604-2700
                                                                           TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                     Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
          Ali  Ammar    on behalf of Interested Party    Courtesy NEF info@silveradoip.com
          Amrane (SA)  Cohen (TR)    efile@ch13ac.com
          Dana M Douglas    on behalf of Debtor Hannah  Kim dmddouglas@hotmail.com
          Nichole  Glowin    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
          National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. nglowin@wrightlegal.net,
          BKUDGeneralupdates@wrightlegal.net
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                           TOTAL: 5

Dana M. Douglas (SBN 220053)
Attorney at Law
11024 Balboa Blvd., No.431
Granada Hills, CA 91344
MAILING ADDRESS:
4712 Admiralty Way #1001
Marina del Rey, CA  90292
Tel: 818-360-8295
Fax: 213-270-9456
*dana@danamdouglaslaw.com*

Attorney for Debtor
Hannah Kim

**FILED & ENTERED**

**JUN 05 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mccall      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:17-bk-11664-TA |
| | |
| | Chapter 13 |
| HANNAH KIM, | |
| | **ORDER GRANTING REQUEST/MOTION TO VACATE ORDER OF DISMISSAL AND DEEM DOCUMENTS TIMELY FILED OR ALLOW RE-FILING OF DOCUMENTS** |
| Debtor. | |

The Court having considered the Debtor's Motion to Vacate Dismissal and Deem Documents Timely Filed or Allow Re-filing of Documents (the "Motion") filed as document number 20 in the case docket **on May 17, 2017**, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1
**ORDER GRANTING RELIEF**

DANA M. DOUGLAS
Attorney At Law

1

2    The Motion is granted, the order the case is vacated and the documents filed May

3 11, 2017, are deemed timely filed.

4

5            ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 Date: June 5, 2017

24             Theodor C. Albert
              United States Bankruptcy Judge

25

26

27

28

2
**ORDER GRANTING RELIEF**

