**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>Hannah Kim<br><br>　　　　　　　Debtor(s). | Chapter 13<br>Case No.: 8:17-bk-11664-TA<br><br>**WITHDRAW NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT AND OBTAIN DISCHARGE OF THE TRUSTEE.** |

TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

　　NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, does not intend to file a Final Report & Account, a draft of which is enclosed; and

　　NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. #350 (a) and Rule 5009, F.R.B.P.); and

　　NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filled with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

　　Executed on 5/30/2017 at Orange, California.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Amrane Cohen
　　　　　　　　　　　　　　　　　　　　　　　Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Hannah Kim
4371 Pioneer St.
Irvine, CA 92604

Case No.: 8:17-bk-11664-TA
Judge: THEODOR C. ALBERT

DRAFT FINAL REPORT AND ACCOUNT

This case was **Active**

SSN#1 - XXX-XX-1830
SSN#2 -

| This Case was commenced on 04/26/2017 | The Plan was Confirmed on | The Case was concluded on 01/01/1900 |

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:    $0.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| American Express | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Amrane (SA) Cohen (TR) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank of America | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| BBVA Compass Bank | UNSECURED | 19,676.58 | 0.00 | 0.00 | 0.00 |
| CA Franchise Tax Board | NOTICE ONLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Citi | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Citi | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| COMPASS BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Dana M Douglas | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Dana M Douglas | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| G.F. Korea, Inc. | UNSECURED | 516,329.40 | 0.00 | 0.00 | 0.00 |
| G.F. Korea, Inc. | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Hyundai Capital America | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 558.50 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE TAXES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Ji Young Kim | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Santa Ana Division | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Seterus Inc. | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| United States Trustee (SA) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

CASE NO:  8:17-bk-11664-TA          Hannah Kim

## SUMMARY OF CLAIMS ALLOWED AND PAID

|            | SECURED | PRIORITY | GENERAL    | LATE | SPECIAL | TOTAL      |                |
|------------|---------|----------|------------|------|---------|------------|----------------|
| AMT. ALLOW | 0.00    | 0.00     | 536,564.48 |      | 0.00    | 536,564.48 | TOTAL PAID     |
| PRIN. PAID | 0.00    | 0.00     | 0.00       |      | 0.00    | 0.00       | PRIN. AND INT. |
| INT. PAID  | 0.00    | 0.00     | 0.00       |      | 0.00    | 0.00       | 0.00           |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| Dana M Douglas | 0.00 | 0.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST |      |
|----------------------|----------------------------------|------------|------|
| 0.00                 | 0.00                             | 0.00       | 0.00 |

    I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: July 13, 2017                                                                                /s/ Amrane Cohen
                                                                                                                        Amrane Cohen

CASE NO:  8:17-bk-11664-TA           Hannah Kim

| In re:<br>Hannah Kim<br>4371 Pioneer St.<br>Irvine, CA  92604                Debtor(s). | CHAPTER 13<br><br>Case No.: 8:17-bk-11664-TA |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA  92868

The foregoing document described as WITHDRAWAL TO NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT will be served, or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 7/13/2017  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/13/2017 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:


**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

Hannah Kim                                                              Dana M Douglas
4371 Pioneer St.                                                       11024 Balboa Blvd #431
Irvine, CA 92604                                                      Granada Hills, CA 91344

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/13/2017 | ALDO AMAYA | /s/ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |