United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 17-11664-TA
Hannah Kim                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8      User: sdanielsC         Page 1 of 1            Date Rcvd: Aug 11, 2017
                          Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db             +Hannah Kim,    4371 Pioneer St.,    Irvine, CA 92604-2700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Ali Ammar    on behalf of Interested Party     Courtesy NEF info@silveradoip.com
              Amrane (SA) Cohen (TR)    efile@ch13ac.com
              Dana M Douglas    on behalf of Debtor Hannah Kim dmddouglas@hotmail.com
              Julian K Bach    on behalf of Creditor     Courtesy NEF Julian@Jbachlaw.com,
               julianbach@sbcglobal.net
              Karen S Naylor (TR)    acanzone@burd-naylor.com,
               knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com
              Nichole Glowin    on behalf of Creditor    Seterus, Inc. as the authorized subserviser for Federal
               National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc. nglowin@wrightlegal.net,
               BKUDGeneralupdates@wrightlegal.net
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 7

```
1  Charles L. Murray III, Esq. SBN 195053
   444 S. Flower St. Suite 2530
2  Los Angeles, CA 90071
3  Telephone: 213-627-5983
   Facsimile: 213-627-6051
4  cmurray@cm3law.com
5
6  Attorney for Creditors G. F. Korea, Inc.,
   Young Kim and Jong Dae Lee.
7
```

FILED AUG 1 1 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED AUG 1 1 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

LODGED JUL 2 8 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>HANNAH KIM<br><br>            Debtor | Case. No:    8:17-bk-11664-TA<br>Hon: Theodore Albert<br>*Chapter 13*<br><br>**ORDER GRANTING CREDITORS' MOTION (1) TO CONVERT DEBTOR HANNAH KIM'S CHAPTER 13 PETITION TO CHAPTER 7 AND (2) DENYING SANCTIONS AGAINST DEBTOR HANNAH KIM AND ATTORNEY DANA M. DOUGLAS.**<br><br><u>**Hearing Info**</u>:<br>Date:    July 26, 2017<br>Time:    2:00 p.m.<br>Location: Ronald Reagan Courthouse<br>         411 W. Fourth Street, Courtroom 5B<br>         Santa Ana, CA 92701 |

ORDER

A hearing was held on July 26, 2017 at 2:00 p.m., before the Honorable Theodor A. Albert, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5B" located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the motion (the "Motion") filed by Creditors Ji Young Kim, Jong Dae Lee and G.F. Korea, Inc. ("Creditors"), for the entry of an order: (1) converting Debtor Hannah Kim's Chapter 13 Petition to a Chapter 7, and (2) for an order sanctioning Debtor Hannah Kim and attorney Dana M. Douglas $11,000.00 pursuant to Rule 9011 or 11 U.S.C. § 105.

Appearances at the hearing on the Motion were made as set forth on the record of the Court. Mr. Charles L. Murray appeared for the Creditors. Ms. Dana M. Douglas appeared for the Debtor.

This Court, having considered the Motion and related filings, the oral statements, arguments and representations of counsel made at the hearing on the Motion, and all matters of record in the Debtors' bankruptcy case, having found good cause appearing:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The written tentative ruling issued by this Court, a true and correct copy of which is attached as **Exhibit "1"** hereto, is adopted as the ruling of the Court on the Motion and is incorporated herein by this reference.

2. The Motion converting Debtor Hannah Kim's Chapter 13 petition to Chapter 7 is hereby granted.

3. The request for sanctions is hereby denied.

IT IS SO ORDERED.

Dated: Aug. 11, 2017

THEODOR C. ALBERT
U.S. Bankruptcy Judge

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"



ORDER

# United States Bankruptcy Court
## Central District of California
Santa Ana
Judge Theodor Albert, Presiding
Courtroom 5B Calendar

**Wednesday, July 26, 2017**  **Hearing Room  5B**

**2:00 PM**
**8:17-11664  Hannah Kim**  **Chapter 13**

#36.00  Movant's Motion and Memorandum for an Order (1) to Convert Debtor Hannah Kim's Chapter 13 Petition to Chapter 7, and (2) for an Order Sanctioning Debtor Hannah Kim and Attorney Dana M Douglas $11,000.00 Pursuant to Rule 9011 or 11 USC Section 105

Docket  30

**Tentative Ruling:**

Grant as to conversion. Deny as to sanctions for insufficient showing of bad faith or egregious behavior.

### Party Information

**Debtor(s):**

Hannah Kim                                    Represented By
                                              Dana M Douglas

**Trustee(s):**

Amrane (SA) Cohen (TR)                        Pro Se