Charles L. Murray III, Esq. SBN 195053
444 S. Flower St. Suite 2530
Los Angeles, CA 90071
Telephone: 213-627-5983
Facsimile: 213-627-6051
cmurray@cm3law.com

Attorney for Plaintiff Ji Young Kim, and G.F. Korea

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re:**<br><br>**HANNAH KIM**<br><br>          **Debtor** | Case. No:    8:17-bk-11664-TA<br><br>Hon:  THEODOR ALBERT<br><br>Chapter 7<br><br>**WITHDRAWAL OF DOCUMENT AMENDED COMPLAINT *ADVERSARY COMPLAINT* FILED IN ERROR [Document #78]** |

**TO THE HONORABLE THEODOR ALBERT, FEDERAL BANKRUPTCY JUDGE, AND TO DEBTOR HANNAH KIM AND HER ATTORNEY OF RECORD, AND TO ALL INTERESTED PARTIES:**

**PLEASE BE ADVISED** that due to inadvertence, Plaintiff Ji Young Kim and G.F. Korea, Inc. ("Plaintiffs") filed Document # 78 (Amended Complaint *Adversary Complaint*) in the Debtor's main case in error.

Upon receiving notice through the Docket in the main case, 8:17-bk-11664-TA, Plaintiffs hereby WITHDRAWS Document No. 78 from Debtor Hannah Kim's main case.

Dated: March 27, 2018          By: _____
                                              CHARLES L. MURRAY III
                                              Attorney for Plaintiff/Creditor
                                              JI YOUNG KIM and
                                              G.F. KOREA, INC.

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Law Office of Charles Murray 444 S. Flower St. Suite 2530, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): *WITHDRAWAL OF DOCUMENT AMENDED COMPLAINT ADVERSARY COMPLAINT FILED IN ERROR [Document #78]* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/26/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

· Ali Ammar info@silveradoip.com
· Julian K Bach Julian@Jbachlaw.com, julianbach@sbcglobal.net
· William M Burd wmburd@burd-naylor.com, mcrouch@burd-naylor.com
· Dana M Douglas dmddouglas@hotmail.com
· Nichole Glowin nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
· Jai H Kim jhkim@kringandchung.com, G13995@notify.cincompass.com
· Charles L Murray , cm3esquire@sbcglobal.net
· Karen S Naylor (TR) acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com; knaylor@IQ7technology.com
· United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/27/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hannah Kim, 4371 Pioneer St., Irvine, CA 92604

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 3/27/2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Theodor Albert
United States Bankruptcy Court Central District of California
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/27/2018 | Charles L. Murray | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.