Financial Services and Bankruptcy Law Group
John W. Kim, Esq. (State Bar No. 216251)
888 South Figueroa Street, Suite 720
Los Angeles, CA 90017
Telephone: (213) 228-3594
Facsimile: (213) 689-8887
E-mail: johnkim@jwklawgroup.com

Attorneys for Secured Creditor, KRING AND CHUNG, LLP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | BK Case No.: 8:17-bk-11664-TA |
| HANNAH KIM *aka* HANNAH JANG *aka* HANNAH W KIM *aka* HANNAH JOO KIM *aka* WON JOO KIM, | Chapter: 7 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| Debtor. | |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT that pursuant to Fed. R. Bankr. P. 2002(g) & 9010, Kring and Chung, LLP hereby gives notice of its appearance in the above-captioned case and requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy whether or not notice is ordinarily required, including all pleadings or notices under Fed. R. Bankr. P. 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  All notices in the office referenced matter for all notice purposes and for inclusion in the

2  Master Mailing List in this case should be addressed as follows:

3  Finan. Serv. and Bankr. Law Group
   John W. Kim, Esq.
4  888 South Figueroa Street, Suite 720
   Los Angeles, CA 90017
5  johnkim@jwklawgroup.com

6  Neither this Request nor any subsequent appearance, pleading, claim, proof of service,

7  document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within

8  parties:

9      a.    Sovereign immunity;

10     b.    Right to have any and all final orders in any and all non-core matters entered only

11 after novo review by a United States District Court Judge;

12     c.    Right to trial by jury in any proceeding as to any and all matters so triable herein,

13 whether or not the same be designed legal or private rights, or in any case, controversy of

14 proceeding related thereto, notwithstanding the designation vel non of such matters as "core

15 proceedings" pursuant to 28 U.S.C.§. 157(b)(2)(H), and whether such jury trial right is pursuant to

16 statute or United States Constitution;

17     d.    Right to have the reference withdrawn by the United States District Court in any

18 matter or proceeding subject to mandatory or discretionary withdrawal; and

19     e.    Other rights, claims, actions, defenses, setoffs, recoupment or other matters to which

20 this party is entitled under any agreement or at law or in equity or under the United States

21 Constitution.  All of the above rights are expressly reserved and preserved unto this party without

22 exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or

23 by any other participation in these matters.

24 Dated: April 20, 2018        FINAN. SERV. & BANKRUPTCY LAW GROUP

25

26         By ____*/s/ John W. Kim*_____
           JOHN W. KIM, ESQ.
27         Attorneys for KRING & CHUNG LLP

28

- 2 -
NOTICE OF APPEARANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

38 Corporate Park, Irvine, California 92606

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 20, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 20, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 20, 2018 | Saundra K. Wun | *Saundra Wun* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVICE LIST**
In re Hannah Kim
Bankruptcy Case No.: 8:17-bk-11664-TA

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

Ali Ammar    info@silveradoip.com
Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
William M Burd    bill@ringstadlaw.com, jaimee@ringstadlaw.com
Dana M Douglas    dmddouglas@hotmail.com
Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
Jai H Kim    jhkim@kringandchung.com, G13995@notify.cincompass.com
Charles L Murray    cm3esquire@sbcglobal.net, cm3esquire@sbcglobal.net
Charles L Murray    cm3esquire@sbcglobal.net
Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
Nanette D Sanders    becky@ringstadlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov