Karen Sue Naylor, Chapter 7 Trustee
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660-2098
karen@ringstadlaw.com
Telephone: (949) 851-7450
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In Re: | ) | Case No.: 8:17-bk-11664-TA |
|---|---|---|
| KIM, HANNAH | ) | Chapter: 7 |
| | ) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtors(s) | ) | |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to September 5, 2018 at 12:00 PM at Location: RM 3-110, 411 W Fourth St., Santa Ana, CA 92701, for the reason set forth below:

Document Request

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Karen Sue Naylor
/s/ Karen Naylor, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on June 07, 2018

/s/ Alane Canzone
Alane Canzone