Charles L. Murray III, Esq. SBN 195053
444 S. Flower St. Suite 2530
Los Angeles, CA 90071
Telephone: 213-627-5983
Facsimile: 213-627-6051
cmurray@cm3law.com

Attorney for Creditors G. F. Korea, Inc.,
Ji Young Kim and Jong Dae Lee.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>HANNAH KIM<br><br>Debtor | ) Case. No:    8:17-bk-11664-TA<br>) Hon:  Theodore Albert<br>)<br>) Chapter 7<br>)<br>) **NOTICE RE WITHDRAWAL OF**<br>) **DOCUMENT, 164, MOTION TO FILE**<br>) **AMENDED PROOF OF CLAIM FILED BY**<br>) **CREDITORS G F KOREA, INC, JI YOUNG**<br>) **KIM, JONG DAE LEE**<br>) |
|---|---|

**TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR**

**ATTORNEYS OF RECORD:**

Notice is hereby given that Claimants G.F. Korea, Inc., Ji Young Kim and Jong Dae Lee ("filing parties") withdraw Doc. 164, an amended proof of claim erroneously filed as a "Motion to File An Amended Proof of Claim" in the main docket.  The filing parties, pursuant to the Clerk's ECF Notice (Doc 165) has filed amended their claim under the correct entry event.

Dated: August 13, 2019          By:    __/s/ Charles L. Murray_____
                                                    CHARLES L. MURRAY III
                                                    Attorney for Claimants
                                                    G.F. Korea, Inc. Ji Young Kim, and Jong Dae Lee

---

NOTICE RE: WITHDRAWAL OF FILED DOCUMENT [164].

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Office of Charles L. Murray, 444 S. Flower St. Suite 2530 Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): *Notice Re Withdrawal Of Document, 164, Motion To File Amended Proof Of Claim Filed By Creditors G F Korea, Inc, Ji Young Kim, Jong Dae Lee*
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/13/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ali Ammar    info@silveradoip.com
- Julian K Bach    Julian@Jbachlaw.com, julianbach@sbcglobal.net
- William M Burd    bill@ringstadlaw.com, jaimee@ringstadlaw.com
- Dana M Douglas    dmddouglas@hotmail.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Jai H Kim    jhkim@kringandchung.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- Nanette D Sanders    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Ginger Stiltner    defaultspecialty.us@bbva.com, defaultspecialty.us@bbva.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Richard F. Weiner    rwesq@earthlink.net


**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/13/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
    **Debtor:** Hannah Kim, 4371 Pioneer St., Irvine, CA 92604
    John Schroeder Kring & Chung 38 Corporate Park  Irvine, CA 92606;
    Clarence Yoshikane, Coldwell Banker Real Estate, 3377 Via Lido, Newport Beach, CA 92663

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/13/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY:** Hon. Theodor C. Albert [Bin Outside 5th Floor Elevators], US Bankruptcy Court,411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/13/2019 | Charles L. Murray | /s/ Charles L. Murray |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.