Charles L. Murray III, Esq. SBN 195053 444 S. Flower St. Suite 2530
Los Angeles, CA 90071
Telephone: 213-627-5983
Facsimile: 213-627-6051
cmurray@cm3law.com

Attorney for Plaintiff Ji Young Kim, and G.F. Korea

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HANNAH KIM<br><br>Debtor | Case No. 8:17-bk-11664 TA<br><br>Chapter 7 Proceeding<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3-2 FILED BY G.F. KOREA, INC.**<br><br>[No hearing required – LBR 9013-1(o)] |

Creditor G. F. Korea, Inc. hereby withdrawals Claim No. 3-2 filed on August 12, 2019 in the above-captioned bankruptcy case.

Dated: August 14, 2019     By: _____
CHARLES L. MURRAY III
Attorney for Creditor JI YOUNG KIM and G.F. KOREA, INC.