Karen Sue Naylor - Bar No. 144273
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
Telephone    (949) 851-7450
Facsimile    (949) 851-6926
Email        karen@ringstadlaw.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**HANNAH KIM**<br><br>        Debtor | Case No. 8:17-bk-11664 TA<br><br>Chapter 7<br><br>**TRUSTEE'S REPORT OF SALE PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(f)(1)**<br><br>[No Hearing Required] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE DEBTOR'S ATTORNEY, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Karen Sue Naylor, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Hannah Kim ("Debtor") hereby submits a Report of Sale pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), Local Bankruptcy Rule 6004-1(g) and the Handbook for Chapter 7 Trustees, page 4-17, paragraph 5.

1.     On June 3, 2019, the Trustee caused to be filed a Chapter 7 Trustee's Motion for Order: (1) Approving Sale of Real Property [4371 Pioneer Street, Irvine, California 92604-2700 APN 494-342-15] Pursuant to 11 U.S.C. § 363(b) and (f); (2)

Approving Compensation of Real Estate Broker; (3) Approving Overbid Procedures; (4) Approving Distribution of Sale Proceeds; (5) For a Good Faith Finding Pursuant to 11 U.S.C. § 363(m); (6) For Turnover; and (7) For Waiver of the Stay of Rule 6004(h).

2.   A hearing on the Trustee's Sale Motion was conducted on June 25, 2019.

3.   By Order entered June 27, 2019 [Docket Entry No. 152], the Trustee's Sale Motion was granted and the real property located [4371 Pioneer Street, Irvine, California 92604-2700] was sold to Buyers, Kenny Duong and Patricia Bui for the purchase price of $750,000.00. Escrow closed on August 1, 2019 and the Trustee received the sale proceeds on August 7, 2019. A true and correct copy of the closing statement is attached hereto as Exhibit "1".

Date: August 16, 2019

Respectfully submitted,

*/s/ Karen Sue Naylor, Trustee*
Karen Sue Naylor
Chapter 7 Trustee

2



23120 Alicia Parkway, #120
Mission Viejo, CA 92692
Phone: (949) 586-2700    Fax: (949) 206-1259

**PICKFORD ESCROW COMPANY**

### SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 4371 Pioneer Street<br>Irvine, CA 92604 | **PREPARATION DATE:** | August 5, 2019 |
| | | **CLOSING DATE:** | August 1, 2019 |
| **SELLER:** | Karen Sue Naylor, in her sole capacity as Bankruptcy Trustee for the estate of Hannah Kim, Case Number 8:17-bk-11664 TA, and not in her individual capacity nor as a member of Ringstad & Sanders LLP | **ESCROW NO.:** | 061-061850-TC |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 750,000.00 |
| Deposit with Bankruptcy Trustee | 23,000.00 | |
| | | |
| **PAYOFF CHARGES - Mr. Cooper** | | |
| [Total Payoff $460,119.86] | | |
| Principal Balance | 412,365.16 | |
| Interest on Principal Balance to 08/12/2019 | 33,914.87 | |
| Lender Paid Expenses | 944.69 | |
| Escrow Advances | 12,657.14 | |
| Quote Fee | 30.00 | |
| Delivery Fee | 20.00 | |
| County Recording Fee | 168.00 | |
| Reconveyance Fee | 20.00 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| Unpaid Taxes at $4,107.26/semi-annually from 07/01/2019 to 08/01/2019 | 684.54 | |
| HOA at $194.00/quarterly from 08/01/2019 to 10/01/2019 | | 129.33 |
| Seller Reimburse Buyer for 50% HOA Transfer Fee | 160.50 | |
| | | |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 22,500.00 | |
| T Max Realty & Mortgage | 22,500.00 | |
| | | |
| **H.O.A./MANAGEMENT** | | |
| Quarterly Dues July - Sept. to Greentree Homes Association | 194.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| First American Natural Hazard Disclosures for Natural Hazard Disclosure Report | 89.95 | |
| Clarence Yoshikane for Reimbursement | 221.80 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - First American Title Company** | | |
| Title - Owner's Title Insurance | 1,971.00 | |
| Title - Messenger Fee | 83.22 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 30.00 | |
| Miscellaneous Recording Fees | 30.00 | |
| Recording Service Fee | 7.50 | |
| Transfer Tax - County to Orange County | 825.00 | |
| | | |
| **ESCROW CHARGES - Pickford Escrow Company, Inc.** | | |
| Title - Escrow Fee | 2,000.00 | |
| Title - Processing Fee | 500.00 | |
| Title - Messenger/Overnight Handling Fee | 38.00 | |
| Title - Archiving Fee | 90.00 | |
| | | |
| *Proceeds applied to Second TD held by Trustee | 215,021.46 | |
| | | |
| **TOTAL** | $ 750,129.33 | $ 750,129.33 |

### SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

Exhibit 1    Page 3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (specify): **TRUSTEE'S REPORT OF SALE PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(f)(1)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ali Ammar**   info@silveradoip.com
- **Julian K Bach**   Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **William M Burd**   bill@ringstadlaw.com, jaimee@ringstadlaw.com
- **Dana M Douglas**   dmddouglas@hotmail.com
- **Nichole Glowin**   nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Charles L Murray**   cm3esquire@sbcglobal.net, cm3esquire@sbcglobal.net
- **Charles L Murray**   , cm3esquire@sbcglobal.net
- **Karen S Naylor (TR)**   alane@ringstadlaw.com, knaylor@IQ7technology.com
- **Brian R Nelson**   becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Nanette D Sanders**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Ginger Stiltner**   defaultspecialty.us@bbva.com, defaultspecialty.us@bbva.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Richard F. Weiner**   rwesq@earthlink.net

☐ Service information continued on attached page

**2. SERVED BY U.S. MAIL:**
On (*date*) August 19, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Interested Party: Clarence Yoshikane, Coldwell Banker Real Estate, 3377 Via Lido, Newport Beach, CA 92663

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 19, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery: to Bin Outside 5th Floor Elevators**
Hon. Theodor C. Albert, US Bankruptcy Court, 411 West Fourth Street, Suite 5085/Bin By 5th Floor Elevators, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 19, 2019 | Jaimee Zayicek | */s/ Jaimee Zayicek* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**